IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

OLYMPUS SERVICING : CIVIL ACTION
:
vs. :
: NO. 02-4361
ALEXA M. LARGOZA

O R D E R

      **AND NOW, TO WIT:** This 9th day of July, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

      **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**_____
      Christine L. Halligan
      Deputy Clerk

cc: 7/9/03, clh, by mail:
    Joseph A. Ferry, Esquire
    Mark J. Udren, Esquire